# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SHIRLEY LINDSAY. | CASE NO: CV-17-2123-R-AGR |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT IN FAVOR OF DEFENDANTS PACIFIC ALLIANCE MEDICAL CENTER INC. AND CESAR VELEZ MEDICAL GROUP, INC.** |
| PACIFIC ALLIANCE MEDICAL CENTER INC., a California Corporation; CESAR VELEZ MEDICAL GROUP, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

| | |
|---|---|
| 1 | Defendant Cesar Velez Medical Group, Inc.'s Motion to Dismiss was filed on May 25, 2017. [Docket no. 17]. After briefs were filed by the plaintiff and defendant, the Court took the matter under submission on August 2, 2017. [Docket no. 25]. After consideration of the arguments submitted the parties, the Court found that Plaintiff Shirley Lindsay failed to plead facts sufficient to establish standing to sue Defendant Cesar Velez Medical Group, Inc. or Defendant Pacific Alliance Medical Center, Inc., which was in similar position to the moving defendant. The Court granted the Motion to Dismiss without leave to amend on August 28, 2017 and terminated the case. [Docket no. 26]. The Court, having granted Defendant Cesar Velez Medical Group, Inc.'s Motion to Dismiss, rules: |

Defendant Cesar Velez Medical Group, Inc.'s Motion to Dismiss was filed on May 25, 2017. [Docket no. 17]. After briefs were filed by the plaintiff and defendant, the Court took the matter under submission on August 2, 2017. [Docket no. 25]. After consideration of the arguments submitted the parties, the Court found that Plaintiff Shirley Lindsay failed to plead facts sufficient to establish standing to sue Defendant Cesar Velez Medical Group, Inc. or Defendant Pacific Alliance Medical Center, Inc., which was in similar position to the moving defendant. The Court granted the Motion to Dismiss without leave to amend on August 28, 2017 and terminated the case. [Docket no. 26]. The Court, having granted Defendant Cesar Velez Medical Group, Inc.'s Motion to Dismiss, rules:

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Shirley Lindsay shall recover nothing from any of the named defendants, Defendant Cesar Velez Medical Group, Inc. and Defendant Pacific Alliance Medical Center, Inc.; and

2. Defendant Cesar Velez Medical Group, Inc. and Defendant Pacific Alliance Medical Center, Inc. shall have judgment in their favor on Plaintiff Shirley Lindsay's entire action.

DATED: September 14, 2017,

_____
Honorable Manuel L. Real
United States District Judge

1

JUDGMENT IN FAVOR OF DEFENDANTS PACIFIC ALLIANCE MEDICAL CENTER INC. AND CESAR VELEZ MEDICAL GROUP, INC.